**Robert LYNCH, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. ED 101088**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: June 2, 2015

Michael E. Reid, 205 South Main Street, Suite B, Edwardsville, IL 62025, for appellant.

Chris Koster, Atty. Gen., Rachel Jones, Spec. Asst. Atty. Gen., 301 W. High Street, P.O. Box 475, Jefferson City, MO 65105–0475, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

The petitioner, Robert Lynch, appeals the judgment of the Circuit Court of Jefferson County sustaining the administrative revocation of his driver's license by the Director of Revenue following Lynch's refusal to take a chemical test. Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision. We affirm the trial court's judgment. Rule 84.16(b).